# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACLYN SICILIA, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00812-GMN-GWF |
| vs. | ) **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 22, 2014, required the parties to file a Joint Status Report no later than June 24, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **July 14, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge