# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACLYN SICILIA, | |
| Plaintiff, | Case No. 2:14-cv-00812-GMN-GWF |
| vs. | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. On July 3, 2014, the Court ordered that the parties file the Joint Status Report pursuant to the Minutes of the Court dated May 22, 2014 on or before July 14, 2014 (Order #13). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Status Report no later than **July 31, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 24th day of July, 2014.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE