**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACLYN SICILIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:14-cv-00812-GMN-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a Joint Status Report. On July 3, 2014, the Court ordered that the parties file the Joint Status Report pursuant to the Minutes of the Court dated May 22, 2014. The Court again ordered the parties to file a Joint Status Report no later than July 31, 2014. (Order #17). To date, the parties have failed to comply. Accordingly,

　　　**IT IS ORDERED** that the parties file a Joint Status Report no later than **August 21, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 11th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge