RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
***Attorneys for State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACLYN SICILIA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00812-GMN-GWF |

**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, TO REMAND CASE TO STATE COURT, AND TO FILE AN AMENDED COMPLAINT ACCORDINGLY**

IT IS HEREBY STIPULATED by and between Plaintiff, JACLYN SICILIA, by and through her counsel of record, KYLE A. STUCKI, ESQ. of the RICHARD HARRIS LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, RYAN L. DENNETT, ESQ. and BRENT D. QUIST, ESQ. of the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith), punitive damages, and any other claims involving allegations outside of the contractual relationship between State Farm and Jaclyn Sicilia are hereby dismissed, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the case will be remanded to Nevada

State Court and will proceed in Nevada State Court solely for resolution of the <u>contractual</u> claims and that Plaintiff will file an Amended Complaint devoid of any averments or claims for any extra-contractual (bad faith), punitive damages, and/or any other claims involving claims outside of the contractual relationship between State Farm and Jacyln Sicilia and that Defendant will file an Answer thereto.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed.

| RICHARD HARRIS LAW FIRM | DENNETT WINSPEAR, LLP |
|---|---|
| By:/s/ Kyle A. Stucki<br>KYLE A. STUCKI, ESQ.<br>Nevada Bar No. 12646<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>*Attorneys for Plaintiff*<br>*Jacyln Sicilia* | By:*/s/ Brent D. Quist*<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>BRENT D. QUIST, ESQ.<br>Nevada Bar No. 009157<br>3301 N. Buffalo Dr., Suite 195<br>Las Vegas, NV 89128<br>Telephone: (702) 839-1100<br>Facsimile: (702) 839-1113<br>*Attorneys for State Farm Mutual*<br>*Automobile Insurance Company* |

## ORDER

Good cause appearing, **IT IS SO ORDERED**.

DATED this __21__ day of __January__, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By: */s/ Brent D. Quist*
Brent D. Quist, Esq.
Nevada Bar No. 009157
3301 N. Buffalo Drive, #195
Las Vegas, Nevada  89129
**Attorneys for Defendant**
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*